JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
3467 W. Shaw Ave., Ste 100
Fresno, CA  93711
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Barry Ray Henderson, )<br><br>Plaintiff, )<br><br>vs. )<br><br>Frank Bisignano, COMMISIONER OF )<br>SOCIAL SECURITY[1], )<br><br>Defendant. )<br>) | Case No. 2:25-cv-01289-CKD<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 60-day extension of time, from September 19, 2025 to November 18, 2025, for Plaintiff to serve on defendant with

---

[1] Frank Bisignano became the Commissioner of Social Security on May 7, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Frank Bisignano should be substituted for Leland Dudek as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1

PLAINTIFF'S MOTION FOR SUMMARY JUDGEMENT.  All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Plaintiff's first request for an extension of time. Plaintiff respectfully states that the requested extension is necessary due to several merit briefs being due on the same week. For the weeks of September 8, 2025 and September 15, 2025, Plaintiff's Counsel has ten merit briefs due and three replies due. In addition, Counsel attended the NOSSCR conference from September 8, 2025, through September 12, 2025. Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: September 16, 2025        PENA & BROMBERG, ATTORNEYS AT LAW


By: */s/ Jonathan Omar Pena*
     JONATHAN OMAR PENA
     Attorneys for Plaintiff


Dated: September 16, 2025        ERIC GRANT
                                 United States Attorney
                                 MATHEW W. PILE
                                 Associate General Counsel
                                 Office of Program Litigation
                                 Social Security Administration


By:   */s/ Oscar Gonzalez de Llano*
      Oscar Gonzalez de Llano
      Special Assistant United States Attorney
      Attorneys for Defendant
      (*As authorized by email on September 16, 2025)

2

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: September 18, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE