UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY RAY HENDERSON,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | No. 2:25–cv–01289 CKD SS<br><br><u>ORDER GRANTING IFP</u> |

Presently pending before the court is plaintiff's motion for leave to proceed in forma pauperis. <u>See</u> 28 U.S.C. § 1915 (authorizing the commencement of an action "without prepayment of fees or security" by a person that is unable to pay such fees).[1] (ECF No. 2.) Plaintiff submitted the required affidavit, which demonstrates an inability to prepay fees and costs or give security for them. Thus, the court will grant plaintiff's motion. The parties have consented to magistrate judge jurisdiction for all purposes. As defendant has filed an administrative transcript and the parties have stipulated to a deadline for plaintiff's motion for summary judgment, the court will not issue a formal scheduling order at this time.

////

---

[1] Actions involving review of Social Security decisions are referred to a magistrate judge pursuant to 28 U.S.C. § 636(b)(1) and E.D. Cal. L.R. 302(c)(15).

1

1  Accordingly, IT IS HEREBY ORDERED that plaintiff's request to proceed in forma
2  pauperis (ECF No. 2) is GRANTED.
3  Dated: September 29, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

10  2/hend1289.ss.ifp_only